# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ERIC K. SCHMIDT**
**CAPTAIN (O-3), U.S. MARINE CORPS**

**NMCCA 201400073**
**GENERAL  COURT-MARTIAL**

**Sentence Adjudged**: 13 November 2013.
**Military Judge**: LtCol C.J. Thielemann, USMC.
**Convening Authority**: Commander, U.S. Marine Corps Forces Central Command, MacDill Air Force Base, FL.
**Staff Judge Advocate's Recommendation**: LtCol G.G. Gillette, USMC.
**For Appellant**: Maj Michael Berry, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

**8 May 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court